IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | | |
|---|---|---|
| LINDA OWEN and JEFFREY OWEN, | ) | |
| | ) | No. 6:17-cv-2058 |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DAVID BROWN and J & L | ) | **APPENDIX TO DEFENDANTS'** |
| CONTRACTING, LLC, | ) | **NOTICE OF REMOVAL** |
| | ) | |
| Defendants. | ) | |

Defendants, David Brown and J & L Contracting, LLC, attach the following documents from the Black Hawk County, Iowa District Court Case No. LACV133056 in support of their Notice of Removal:

| **Document** | **App No.** |
|---|---|
| 09/08/17 Petition at Law and Jury Demand by Plaintiffs | 001 - 005 |
| 09/08/17 Original Notice | 006 – 007 |
| 09/21/17 Affidavit of Process Server (return of service on J & L Contracting, LLC) | 008 |

**LEDERER WESTON CRAIG PLC**

By: */s/ Kimberly K. Hardeman*
    Kimberly K. Hardeman   AT0003230
    118 Third Avenue SE, Suite 700
    P. O. Box 1927
    Cedar Rapids, IA  52406-1927
    Phone:  (319) 365-1184
    Fax:    (319) 365-1186
    E-mail:  khardeman@lwclawyers.com

**ATTORNEY FOR DEFENDANTS DAVID BROWN and J & L CONTRACTING, LLC**

1

# CERTIFICATE OF SERVICE

The undersigned hereby certifies, under penalty of perjury that on the date indicated below, a true copy of the foregoing instrument was served upon all parties in interest to the above-entitled cause by enclosing the same in an envelope addressed to each party at each party's respective address by U. S. mail.  The parties in interest referred to above are:

>   **ATTORNEY FOR PLAINTIFFS**
>   **LINDA OWEN and JEFFREY OWEN:**
>   Nicholas C. Rowley, Esq.
>   Dominic F. Pechota, Esq.
>   Trial Lawyers for Justice, P.C.
>   P.O. Box 228
>   Decorah, IA  52101

Executed on October 10, 2017 in Cedar Rapids, Iowa.

                                              /s/ *Kimberly K. Hardeman*

2

Case 6:17-cv-02058-CJW-MAR   Document 1-2   Filed 10/10/17   Page 2 of 10

IN THE IOWA DISTRICT COURT IN AND FOR BLACK HAWK COUNTY

| | |
|---|---|
| LINDA OWEN and JEFFREY OWEN<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID BROWN and<br>J & L CONTRACTING, LLC<br><br>Defendants. | Case No. _____<br><br>PETITION AT LAW AND<br>JURY DEMAND |

COME NOW the Plaintiffs, Linda Owen and Jeffrey Owen, by and through their undersigned counsel and for their causes of action against Defendants David Brown and J & L Contracting, LLC state to the Court as follows:

### PARTIES, JURISDICTION & VENUE

1. Plaintiff Linda Owen, at all times material hereto, was a resident of Waterloo, Black Hawk County, Iowa.

2. Plaintiff Jeffrey Owen, at all times material hereto, was a resident of Waterloo, Black Hawk County, Iowa and legally married to Linda Owen.

3. Defendant David Brown, at all times material, was a resident of Bolivar, Missouri.

4. Defendant J & L Contracting, LLC is a Missouri corporation doing business in the state of Iowa at all times material hereto.

5. The damages resulting from the injuries alleged herein exceed the jurisdictional amount for small claims court and are in excess of the jurisdictional requirements of Rule

6.3, Iowa Rules of Appellate Procedure.

## COUNT I

6. On September 10, 2015 Plaintiff Linda Owen was operating a motor vehicle in a westerly direction on Commercial Street approaching the intersection of Commercial Street and West Mullan Avenue in Waterloo, Iowa.

7. At the aforesaid time and place, Defendant David Brown was operating a tractor trailer owned by Defendant J & L Contracting, LLC southbound on West Mullan Avenue, also approaching the same intersection in Waterloo, Iowa.

8. At the aforesaid time and place, and after the Plaintiff Linda Owen lawfully entered the same intersection having a green signalized traffic light, Defendant David Brown drove the vehicle he was operating into the subject intersection having a red traffic signal and struck the vehicle being operated by Plaintiff Linda Owen.

9. Defendant David Brown was negligent in the operation of his motor vehicle.

10. The vehicle being operated by Defendant David Brown was being operated by him with the knowledge, permission, and consent of the vehicle's owner, Defendant J & L Contracting, LLC.

11. The front of the Defendant's tractor trailer collided with the passenger side of Plaintiff's vehicle with such force as to cause damage to Plaintiff's vehicle and serious physical injuries to Plaintiff Linda Owen.

12. Defendant, David Brown, was negligent in one or more of the following particulars:

    a. For entering an intersection having a red signalized traffic light in violation of Iowa Code 321.257;
    b. For failing to have his vehicle under control;
    c. For failing to operate his vehicle at a safe speed;
    d. For failing to come to a complete and timely stop; and

  e. In failing to act as a reasonable driver under the circumstances then and there existing.

13. The negligence of David Brown was the actual and proximate cause of injury to Plaintiff Linda Owen.

14. The incident referred to above was caused by the negligence of Defendant David Brown.

15. Any negligence on the part of Defendant David Brown is imputed to Defendant J & L Contracting, LLC as consent owner of the vehicle.

16. As the owner of the vehicle operated negligently by David Brown, J & L Contracting, LLC is liable for damages caused by such negligence.

17. By reason of such negligence, Plaintiff Linda Owen has incurred injuries and damages as follows: past and present pain and suffering; past and present mental anguish, emotional distress and loss of function of the body; past and present loss of earnings, earning capacity and benefits; past and present medical and hospital expenses, charges and services. Such damages will extend into the future and will be permanent.

WHEREFORE, the Plaintiff, Linda Owen, prays for judgment against Defendants, David Brown and J & L Contracting, LLC, jointly and severally, in an amount sufficient to fairly and adequately compensate her for her losses and damages, for interest thereon as provided by law, that the costs of this action be assessed to the Defendants, and for such other and further relief as is just and equitable.

3

## COUNT II

### LOSS OF SPOUSAL CONSORTIUM

COMES NOW Plaintiff, Jeffrey Owen, and for his cause of action against the Defendants, David Brown and J & L Contracting, LLC, states to the Court as follows:

18. The Plaintiff, Jeffrey Owen, repleads paragraphs 1-17 of the petition.

19. The Plaintiff, Jeffrey Owen is and was at all times material hereto the husband of the Plaintiff, Linda Owen and resided in Waterloo, Black Hawk County, Iowa.

20. The Defendants' negligence was a proximate cause of damage suffered by the Plaintiff, Jeffrey Owen, including, but not limited to: past, present, and future loss of service, companionship, society, and consortium of his wife, Linda Owen.

WHEREFORE, Plaintiff, Jeffrey Owen, prays for judgment against Defendants, David Brown and J & L Contracting, LLC, jointly and severally, in an amount sufficient to fairly and adequately compensate him for his losses and damages, for interest thereon as provided by law, that the costs of this action be assessed to the Defendants, and for such other and further relief as is just and equitable.

TRIAL LAWYERS FOR JUSTICE, P.C.
P.O. Box 228
Decorah, IA 52101
Phone: (563) 382-5071
Fax: (888) 801-3616
Email: ncr@czrlaw.com

By /s/ Nicholas C. Rowley
    Nicholas C. Rowley    AT0022407

TRIAL LAWYERS FOR JUSTICE, P.C.
P.O. Box 228
Decorah, IA 52101
Phone: (563) 382-5071
Fax: (888) 801-3616
Email: dominic@pechotalaw.com

By /s/ Dominic F. Pechota
    Dominic F. Pechota    AT0006175

**ATTORNEYS FOR PLAINTIFF**

## JURY DEMAND

COME NOW, the Plaintiffs, and hereby demand a trial by jury.

TRIAL LAWYERS FOR JUSTICE, P.C.
P.O. Box 228
Decorah, IA 52101
Phone: (563) 382-5071
Fax: (888) 801-3616
Email: ncr@czrlaw.com

By /s/ Nicholas C. Rowley
    Nicholas C. Rowley    AT0022407

TRIAL LAWYERS FOR JUSTICE, P.C.
P.O. Box 228
Decorah, IA 52101
Phone: (563) 382-5071
Fax: (888) 801-3616
Email: dominic@pechotalaw.com

By /s/ Dominic F. Pechota
    Dominic F. Pechota    AT0006175

**ATTORNEYS FOR PLAINTIFF**

IN THE IOWA DISTRICT COURT IN AND FOR BLACK HAWK COUNTY

| | |
|---|---|
| LINDA OWEN and JEFFREY OWEN <br><br> Plaintiffs, <br><br> vs. <br><br> DAVID BROWN and J & L CONTRACTING, LLC <br><br> Defendants. | Case No. _____ <br><br> ORIGINAL NOTICE |

TO THE ABOVE-NAMED DEFENDANTS:

You are notified that a petition has been filed in the office of the clerk of this court naming you as the defendant(s) in this action. A copy of the petition is attached to this notice. The name and address of the attorneys for the plaintiff are Nicholas C. Rowley and Dominic F. Pechota, Trial Lawyers for Justice, P.C., P.O. Box 228, Decorah, IA 52101. The attorneys' phone number is (563) 382-5071; facsimile number: (888) 801-3616.

You are further notified that the above case has been filed in a county that utilizes electronic filing. Unless, within 60 days after service of this original notice upon you, you serve, and within a reasonable time thereafter file a motion or answer, in the Iowa District Court for Black County, at the courthouse in Waterloo, Iowa, judgment by default will be rendered against you for the relief demanded in the petition. Please see Iowa Court Rules Chapter 16 for information on electronic filing and Iowa Court Rules Chapter 16, division VI regarding the protection of person information in court filings.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at (319) 833-3332. (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942).

# STATE OF IOWA JUDICIARY

Case No. LACV133056
County BlackHawk

Case Title LINDA & J OWEN VS D BROWN ET AL

THIS CASE HAS BEEN FILED IN A COUNTY THAT USES ELECTRONIC FILING.
Therefore, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless you obtain an exemption from the court, you must file your Appearance and Answer electronically.

You must register through the Iowa Judicial Branch website at http://www.iowacourts.state.ia.us/Efile and obtain a log in and password for the purposes of filing and viewing documents on your case and of receiving service and notices from the court.

**FOR GENERAL RULES AND INFORMATION ON ELECTRONIC FILING, REFER TO THE IOWA COURT RULES CHAPTER 16 PERTAINING TO THE USE OF THE ELECTRONIC DOCUMENT MANAGEMENT SYSTEM:**
http://www.iowacourts.state.ia.us/Efile

**FOR COURT RULES ON PROTECTION OF PERSONAL PRIVACY IN COURT FILINGS, REFER TO DIVISION VI OF IOWA COURT RULES CHAPTER 16:** http://www.iowacourts.state.ia.us/Efile

Scheduled Hearing:

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at (319) 833-3332 . (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942.)

Date Issued 09/08/2017 03:31:11 PM



District Clerk of BlackHawk       County
/s/ Lisa Barfels

# Affidavit of Process Server

In The Iowa District Court in and For Black Hawk County
(NAME OF COURT)

| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CASE NUMBER |
|---|---|---|
| Linda Owen and Jeffrey Owen | vs David Brown and J & L Contracting LLC | |

I, **Jeff Simpson**, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served **Law Firm of Schmidt, Kirby & Sullivan P.C. Registered Agent for J & L Contracting LLC**
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) **Original Notice and Petition at Law**

by leaving with **Tina C Recla** / **Paralegal** At

☐ Residence _____

☒ Business **2838 S Ingram Mill RD** / **Springfield Missouri**

On **September 20, 2017** AT **1:25 pm.**

☐ Inquired if subject was a member of the U.S. Military and was informed they are not.

Thereafter copies of the documents were mailed by prepaid, first class mail on _____

from _____ CITY STATE ZIP

**Manner of Service:**
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☒ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address ☐ Moved, Left no Forwarding ☐ Service Cancelled by Litigant ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist ☐ Other _____

**Service Attempts:** Service was attempted on: (1) ___ (2) ___ (3) ___ (4) ___ (5) ___

**Description:** Age ___ Sex **F** Race **W** Height ___ Weight ___ Hair ___ Beard ___ Glasses ___

SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this **21st** day of **September**, 2017, by **Stephanie McCormack**
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

STEPHANIE McCORMACK
Notary Public – Notary Seal
STATE OF MISSOURI
Greene County
My Commission Expires Jan. 29, 2021
Commission #17636618

SIGNATURE OF NOTARY PUBLIC
NOTARY PUBLIC for the state of **Missouri**

NAPPS

FORM 2    NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS