IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| LINDA OWEN and JEFFREY OWEN, | |
| Plaintiffs, | No. 17-CV-2058 CJW |
| vs. | **SETTLEMENT ORDER** |
| DAVID BROWN and J&L CONTRACTING, LLC, | |
| Defendants. | |

The Court was advised on May 20, 2019, that the above-captioned case has settled, and the parties anticipate no further action other than the filing of a stipulated dismissal.

**IT IS ORDERED**

1. The Clerk of Court is directed to close this case for statistical purposes and remove it from the trial calendar.

2. Closing documents to dismiss the case, pursuant to Federal Rule of Civil Procedure 41, must be filed within **thirty (30) days** from the date of this order. If the case has not been dismissed within **thirty (30) days**, and/or counsel have not filed a written status report, this case will be dismissed following notice pursuant to Local Rule 41(c).

**IT IS SO ORDERED** this 20th day of May, 2019.

_____
C.J. Williams
United States District Judge
Northern District of Iowa