IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| LINDA OWEN and JEFFREY OWEN, | ) |
| | ) No. 6:17-cv-02058-CJW |
| Plaintiffs, | ) |
| vs. | ) |
| DAVID BROWN and J & L CONTRACTING, LLC, | ) **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendants. | ) |

Plaintiffs, Linda Owen and Jeffrey Owen, and Defendants, David Brown and J & L Contracting, LLC, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and LR 41(b), having resolved and settled all disputes and claims between and among them, now stipulate to the voluntary dismissal with prejudice of this action in its entirety and with each party to bear its own costs.

Date: July 11, 2019.

**TRIAL LAWYERS FOR JUSTICE, P.C.**

By: */s/ Dominic F. Pechota*
Dominic F. Pechota  AT0006175
Nicholas C. Rowley  AT0022407
P.O. Box 228
Decorah, IA  52101
Phone:  (563) 382-5071
Fax:     (888) 801-3616
E-mail:  dominic@tl4j.com
E-mail:  nick@tl4j.com

**ATTORNEYS FOR PLAINTIFFS
LINDA OWEN AND JEFFREY OWEN**

**LEDERER WESTON CRAIG PLC**

By:  */s/ Kimberly K. Hardeman*
Kimberly K. Hardeman  AT0003230
P.O. Box 1927
Cedar Rapids, IA  52406-1927
Phone:  (319) 365-1184
Fax:     (319) 365-1186
E-mail:  khardeman@lwclawyers.com

**ATTORNEYS FOR DEFENDANTS
DAVID BROWN AND J & L
CONTRACTING, LLC**

1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of July, 2019, I electronically filed the foregoing with the Clerk of the U.S. District Court for the Northern District of Iowa, Eastern Division, using the ECF system which will send notification of such filing to the following:

**ATTORNEYS FOR PLAINTIFFS
LINDA OWEN AND JEFFREY OWEN:**

Dominic F. Pechota
E-mail: dominic@tl4j.com
Nicholas C. Rowley
E-mail: nick@tl4j.com

Executed on July 11, 2019 in Cedar Rapids, Iowa.

/s/ *Kimberly K. Hardeman*